IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN LLOYD,<br><br>*Plaintiff*,<br><br>v.<br><br>**COMMONWEALTH OF PENNSYLVANIA**, *et al.*,<br><br>*Defendants*. | CIVIL ACTION<br>NO. 5:22-cv-05148-JLS |

**O R D E R**

**AND NOW**, this 25th day of August, 2025, upon consideration of the Motion for Summary Judgment filed by Defendants Uwchlan Township Police Department, Maureen Evans, and Nicole Navarra, ECF No. 167, the Cross-Motion for Summary Judgment filed by Plaintiff Susan Lloyd, ECF No. 169, and Plaintiff's Motion for Reconsideration, ECF No. 140, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

(1) Defendants' Motion for Summary Judgment is **GRANTED**;

(2) Plaintiff's Cross-Motion for Summary Judgment is **DENIED**;

(3) Plaintiff's Motion for Reconsideration is **DENIED**;

(4) **JUDGMENT** is **ENTERED** in favor of Defendants Uwchlan Township Police Department, Maureen Evans, and Nicole Navarra and against Plaintiff Susan Lloyd; and

(5) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFERY L. SCHMEHL, J.**